IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEUTSCHE BANK NAT'L TRUST
CO., *as Trustee*,

No. CIV 2:12-cv-0271-JAM-JFM (PS)

       Plaintiff,

  vs.

DIANE WILLIAMS, *et al.*,

       Defendants.         <u>ORDER</u>

_____/

       Defendants, proceeding pro se, removed the above-entitled action on February 1, 2012. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

       On February 17, 2012, the magistrate judge filed findings and recommendations herein which were served on defendants and which contained notice to defendants that any objections to the findings and recommendations were to be filed within fourteen days. Defendants have not filed objections to the findings and recommendations.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed February 17, 2012 are adopted in full;

2. Plaintiff's February 9, 2012 motion to remand is denied;

3. This action is remanded to the Placer County Superior Court; and

4. The Clerk of the Court is directed to close this matter.

DATED:   March 26, 2012

                                              /s/ John A. Mendez

                                              UNITED STATES DISTRICT JUDGE