1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DEUTSCHE BANK NAT'L TRUST
     CO., *as Trustee*,                          No. CIV 2:12-cv-0271-JAM-JFM (PS)
11
                    Plaintiff,
12
           vs.
13
     DIANE WILLIAMS, *et al.*,
14
                    Defendants.               <u>ORDER</u>
15
     _____/
16
                    Defendants, proceeding pro se, removed the above-entitled action on February 1,
17
     2012.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-
18
     302(c)(21).
19
                    On February 17, 2012, the magistrate judge filed findings and recommendations
20
     herein which were served on defendants and which contained notice to defendants that any
21
     objections to the findings and recommendations were to be filed within fourteen days.
22
     Defendants have not filed objections to the findings and recommendations.
23
                    The court has reviewed the file and finds the findings and recommendations to be
24
     supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
25
     ORDERED that:
26

                                            1

1.  The findings and recommendations filed February 17, 2012 are adopted in full;

2.  Plaintiff's February 9, 2012 motion to remand is denied;

3.  This action is remanded to the Placer County Superior Court; and

4.  The Clerk of the Court is directed to close this matter.

DATED:   March 26, 2012

/s/ John A. Mendez

UNITED STATES DISTRICT JUDGE

2